CHARLES M. MYERS et al., as Receivers of TELEPHONE, TELEGRAPH AND CABLE COMPANY OF AMERICA, Respondents, *v.* FRANK K. STURGIS et al., Copartners under the Firm Name of STRONG, STURGIS & CO., Appellants.

*Myers* v. *Sturgis*, 123 App. Div. 470, affirmed.
(Argued December 1, 1909; decided December 17, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered January 24, 1908, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to recover money alleged to be due upon a subscription for corporate stock.

The following questions were certified : " 1. Does it appear on the face of the complaint that there is a defect of parties defendant in that all of the persons who subscribed to the capital stock of the Telephone, Telegraph and Cable Company of America are not defendants? 2. Does it appear upon the face of the complaint that the plaintiffs have not legal capacity to sue in that they are temporary or auxiliary receivers? 3. Does the complaint state facts sufficient to constitute a cause of action?"

*Frank E. Blackwell* for appellants.

*Lucius L. Gilbert* and *Merle I. St. John* for respondents.

Order affirmed, with costs ; first and second questions certified answered in the negative ; third question answered in the affirmative ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.